**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| DELPHINE LEONARD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO.   1:22cv238 LG-BWR |
| | * | |
| WAL-MART STORES EAST, LP | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |

**NOTICE OF REMOVAL**

TO:   THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

Defendant, WAL-MART STORES EAST, LP, ("Wal-Mart"), gives notice pursuant to 28 U.S.C. §§ 1441 and 1446 that this cause is hereby removed from the County Court of Harrison County, Mississippi, to the United States District Court for the Southern District of Mississippi, Southern Division.  As grounds for this removal, Defendant shows as follows:

1.      An action was commenced against Wal-Mart in the County Court of Harrison County, Mississippi, entitled "*Delphine Leonard, Plaintiff v.  Wal-Mart Stores East, LP*" Civil Action No. 24CO2:22-CV-00417.  Attached as Exhibit "A" is the state court file in this action.

2.      According to the County Clerk's office for the County Court of Harrison County, Mississippi, service of the initial pleading setting forth Plaintiff's claim for relief was affected upon Wal-Mart on August 8, 2022, which was Wal-Mart's first actual notice of this action.

3.      This notice of removal is filed in the United States District Court for the Southern District of Mississippi, Southern Division, within thirty days of receipt by the Defendant of the initial pleading setting forth the claim for relief upon which Plaintiff's action is based in accordance with 28 U.S.C. § 1446(b)(1). The County Court of Harrison County, Mississippi, is within this Court's district and division; therefore, this action is properly removable to this Court under 28 U.S.C. § 1441(a) & (b).

4.      This Court has diversity jurisdiction over this matter pursuant to the provisions of 28 U.S.C. § 1332 since the parties are diverse and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

5.      Plaintiff is now and at all times material hereto, including at the time of the commencement of this action and this Notice of Removal, a citizen of the State of Mississippi.  In her Complaint, Plaintiff states that she is a resident of Mississippi.  (Complaint, ¶ I.)

6.      Wal-Mart Stores East, L.P. is now and was at all times material hereto, including at the time of the commencement of this action and this Notice of Removal, a Delaware limited partnership whose sole limited partner is now and was at all times material hereto, including at the time of the commencement of this action and this Notice of Removal, WSE Investment, LLC and whose sole general partner is now and was at all times material hereto, including at the time of the commencement of this action and this Notice of Removal, WSE Management, LLC. Wal-Mart Stores East, L.P. is now and was at all times material hereto, including at the time of the commencement of this action and this Notice of Removal, organized under the laws of the State of Delaware, maintaining its principal place of business in Bentonville, Arkansas. WSE Investment, LLC is now and was at all times material hereto, including at the time of the commencement of this action and this Notice of Removal, a wholly-owned subsidiary of Wal-Mart Stores East, LLC (i.e. the only member of WSE Investment, LLC is Wal-Mart Stores East, LLC), and was, at all times material hereto, including at the time of the commencement of

this action and this Notice of Removal, organized under the laws of the State of Delaware, maintaining

its principal place of business in Bentonville, Arkansas. WSE Management, LLC is now and was at all

times material hereto, including at the time of the commencement of this action and this Notice of

Removal, likewise a wholly-owned subsidiary of Wal-Mart Stores East, LLC, (i.e. the only member of

WSE Management, LLC is Wal-Mart Stores East, LLC) and was, at all times material hereto, including

at the time of the commencement of this action and this Notice of Removal, organized under the laws of

the State of Delaware, maintaining its principal place of business in Bentonville, Arkansas. Wal-Mart

Stores East, LLC, is now and was at all times material hereto, including at the time of the

commencement of this action and this Notice of Removal, a wholly-owned subsidiary of Walmart Inc.,

(i.e. the only member of Wal-Mart Stores East, LLC is Walmart Inc.) organized under the laws of the

State of Arkansas, maintaining its principal place of business in Bentonville, Arkansas.

       7.      Plaintiff's Complaint seeks unspecified compensatory damages "together with pre- and

post-judgment interest and costs" and, also, punitive damages for severe and permanent injuries, past

and future medical expenses, restriction of physical activities, pain and suffering, mental anguish and

emotional distress, and physical disability, permanent scarring and lost wages. (Complaint, ¶s XI, XX,

and unnumbered paragraph following ¶ XXI.)  Diversity is complete, and the amount in controversy

exceeds $75,000.00, exclusive of costs and interests. "[F]ederal courts in Mississippi have consistently

held that a claim for an unspecified amount of punitive damages is deemed to exceed the federal

jurisdictional minimum." *Sun Life Assur. Co. v. Fairley*, 485 F. Supp. 2d 731, 735 (S.D. Miss. 2007)

(citing *Brasell v. Unumprovident Corp.*, 2001 WL 1530342, at *2 (N.D. Miss. Oct. 25, 2001) (citing *St.

Paul Reins. Co. v. Greenberg*, 134 F.3d 1250, 1255 (5th Cir. 1998); *Marcel v. Pool Co.*, 5 F.3d 81, 84-

85(5th Cir. 1993); *Allstate Ins. Co. v. Hilbun*, 692 F. Supp. 698, 701 (S.D. Miss. 1988)).

8.      This action may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441, as amended, because this action is a civil action of which the United States District Courts have original jurisdiction under 28 U.S.C. § 1332.

9.      Pursuant to 28 U.S.C. §1446 (d), a true and correct copy of this Notice of Removal is filed with the Clerk of the County Court of Harrison County, Mississippi, and a written notice of this removal has been served on all adverse parties as required by law.

10.     If any questions arise as to the propriety of the removal of this action, Wal-Mart requests the opportunity to present a brief and oral argument in support of its position that this cause is removable.

Respectfully submitted September 7, 2022.


*/s/ W. Pemble DeLashmet*
W. PEMBLE DELASHMET (MS 8840)
wpd@delmar-law.com
CHAD C. MARCHAND (MS 102752)
ccm@delmar-law.com
MIGNON M. DELASHMET  (MS 2896)
mmd@delmar-law.com
*Attorneys for Defendants Wal-Mart Stores East, LP*



OF COUNSEL:

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL  36652
Telephone:    (251) 433-1577
Facsimile:     (251) 433-7994

CERTIFICATE OF SERVICE

I hereby certify that I have on this day September 7, 2022 served a copy of the foregoing pleading upon counsel as listed below by electronically filing, e-mail, and/or depositing the same in the U. S. Mail, postage prepaid and properly addressed.

James K. Wetzel
James K. Wetzel & Associates
P. O. Box I
Gulfport, MS  39502


/s/ W. Pemble DeLashmet
OF COUNSEL